# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Invue Security Products, Inc.,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:12-cv-88-RJC-DSC

Merchandising Technologies, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court